IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF      :      CASE NO. 3:15MJ080

LG Cellular Phone, Serial #406CYFT0197347
Located in custody of IRS-CI, 200 W. 2nd Street    :
Room 311, Dayton, Ohio 45402

---

### ORDER SEALING APPLICATION, SEARCH WARRANT, SUPPORTING AFFIDAVIT AND RETURN

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return

for captioned Search Warrant be sealed and kept from public inspection until further Order of the

Court, or the expiration of 120 days, whichever comes first.


_June 14, 2016_
DATE

_Sharon L. Ovington_
SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE